**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Noah BLUE, Defendant–Appellant.**

**No. 14–10478.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 15, 2016.*

Filed March 21, 2016.

Meredith Blagden Osborn, Assistant U.S., Barbara Valliere, Assistant U.S., DOJ–USAO, San Francisco, CA, for Plaintiff–Appellee.

John Paul Reichmuth, Esquire, Assistant Federal Public Defender, FPDCA–Federal Public Defender's Office, Oakland, CA, for Defendant–Appellant.

Before: GOODWIN, LEAVY, and CHRISTEN, Circuit Judges.

## MEMORANDUM **

Noah Blue appeals from the district court's judgment and challenges the 78–month sentence imposed following his guilty-plea conviction for bank robbery and armed bank robbery, in violation of 18 U.S.C. §§ 2113(a) and 3571(d). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Blue contends that the district court erred by failing to grant or compel the government to move for a third-level reduction for acceptance of responsibility under U.S.S.G. § 3E1.1(b). We review for clear error the district court's decision whether to reduce a defendant's sentence for acceptance of responsibility, *see United States v. Cortes*, 299 F.3d 1030, 1037 (9th Cir.2002), and find none. The government has discretion whether to file a motion for a third-level reduction for acceptance of responsibility and, contrary to Blue's con-

tention, the record reflects that its refusal to do so in this case was based on interests identified in section 3E1.1. *See* U.S.S.G. § 3E1.1 cmt. n. 6.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.